# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Defense Support Services LLC ) ASBCA No. 59185
)
Under Contract Nos. DAJA22-01-D-0006 )
W912CM-06-D-0021 )

APPEARANCES FOR THE APPELLANT: Robert S. Nichols, Esq.
Jade C. Totman, Esq.
Covington & Burling LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Tyler L. Davidson, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59185, Appeal of Defense Support Services LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals